UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

JEREMY PATRICK,

    Petitioner,

v.

J. BOLAR, Warden,

    Respondent.

Civil Action No. 6: 26-201-KKC

**JUDGMENT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1.    The petition, [R. 1], is **DENIED**.

2.    This matter is **STRICKEN** from the docket.

Entered:  June 29, 2026.

Signed By:

_Karen K. Caldwell_ KKC
**United States District Judge**